UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES A. CONNER,
    Petitioner,                            Case No. 10-12092
                                                      Honorable Patrick J. Duggan
v.

CARMAN D. PALMER, Warden,
    Respondent.
_____ /

## JUDGMENT

On May 25, 2010, James A. Conner ("Petitioner"), a state prisoner currently incarcerated at the Central Michigan Correctional Facility in St. Louis, Michigan, filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254. Petitioner challenges his 2008 conviction following a jury trial of assault with intent to do great bodily harm less than murder in violation of Michigan Compiled Laws § 750.84. In an Opinion and Order issued on this date, the Court held that Petitioner is not entitled to habeas corpus relief based on the grounds presented in his petition.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE**.

Date: July 7, 2011                                    s/PATRICK J. DUGGAN
                                                            UNITED STATES DISTRICT JUDGE

Copies to:
James A. Conner, #600686
Central Michigan Correctional Facility
320 N. Hubbard
St. Louis, MI 48880
AAG Linus R. Banghart-Linn