UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES CONNER,  Case No. 10-12092

    Petitioner,  Honorable Patrick J. Duggan

v.

CARMEN PALMER,

    Respondent.
_____/

## ORDER DENYING AS MOOT MOTION FOR CERTIFICATE OF APPEALABILITY

This matter is before the Court on Petitioner's motion for a certificate of appealability. Petitioner seeks a certificate of appeability pursuant to 28 U.S.C. § 2253 in order to appeal this Court's decision denying Petitioner's application for a writ of habeas corpus. The Court already denied Petitioner a certificate of appealability in its decision dated July 7, 2011.

Accordingly,

**IT IS ORDERED**, that Petitioner's motion for certificate of appealability is

**DENIED AS MOOT**.

DATE: September 14, 2011      s/PATRICK J. DUGGAN
    UNITED STATES DISTRICT JUDGE

Copies to:
James A. Conner, #600686
Central Michigan Correctional Facility
320 N. Hubbard
St. Louis, MI 48880

AAG Linus R. Banghart-Linn